**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

VICTORIA OSBORNE, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

BAYLOR MIRACA GENETICS LABORATORIES, LLC d/b/a BAYLOR GENETICS,

Defendant.

Case No. 4:26-cv-06781

**[PROPOSED] ORDER ENTERING AND CONTINUING MOTION TO CONSOLIDATE RELATED CASES AND APPOINT INTERIM CLASS COUNSEL**

The Court, having reviewed the Motion to Consolidate Related Cases and Appoint Interim Class Counsel (the "Motion") and Interested Party Danielle Lombardozzi's response in partial opposition, hereby **ENTERS** and **CONTINUES** the Motion until Defendant Baylor Miraca Genetics Laboratories, LLC d/b/a Baylor Genetics has appeared and responded to the Motion. Should the Court consolidate the related actions, Plaintiffs' counsel may file applications within seven (7) days after that Order.

Dated: ____________________

______________________________
Hon. Lee H. Rosenthal
United States District Judge