Zemel Law
Consumer Protection

Zemel Law LLC is a boutique consumer protection law firm headquartered in Paterson, New Jersey. Founded in 2016 by Daniel Zemel, the Firm focuses exclusively on consumer rights litigation, representing consumers in both individual actions and class actions nationwide.

The Firm concentrates its practice in matters arising under the Fair Credit Reporting Act ("FCRA"), Fair Debt Collection Practices Act ("FDCPA"), Telephone Consumer Protection Act ("TCPA"), data breaches, and related consumer protection and privacy statutes. Since its inception, Zemel Law LLC has recovered millions of dollars on behalf of consumers involving credit reporting inaccuracies, privacy violations, unlawful debt collection practices, and other consumer harms.

Zemel Law LLC has been appointed class counsel in courts throughout the country and has obtained numerous favorable published and unpublished decisions in both federal district courts and federal courts of appeals. The Firm's attorneys have extensive experience litigating complex consumer protection matters in federal and state courts nationwide.

The Firm currently consists of three full-time attorneys: Daniel Zemel, Elizabeth Apostola, and Nicholas Linker. Collectively, the Firm's attorneys have litigated thousands of consumer protection matters and handled hundreds of class and individual claims under federal and state consumer protection statutes.

## DANIEL ZEMEL

Daniel Zemel is the Managing Partner and founder of Zemel Law LLC. Mr. Zemel is an experienced consumer protection litigator who has secured millions of dollars in verdicts and settlements on behalf of consumers throughout the United States. His practice focuses primarily on litigation arising under the Fair Debt Collection Practices Act ("FDCPA"), Fair Credit Reporting Act ("FCRA"), Telephone Consumer Protection Act ("TCPA"), data breaches, and related consumer protection statutes, including complex consumer class actions. Mr. Zemel regularly litigates matters in federal courts nationwide and has extensive experience handling both individual and class litigation. He has also successfully litigated numerous matters on a pro hac vice basis across the country.

### Education and Professional Activities

Mr. Zemel graduated Summa Cum Laude from Touro University in 2009. Mr. Zemel earned his J.D. from Seton Hall University School of Law in 2014. While there, Mr. Zemel was an author for the Sports and Entertainment Journal, and participated in the Jewish Law Student Association.

**Admissions**

Mr. Zemel is admitted to practice in the States of New York and New Jersey, as well as before the United States District Courts for the Southern, Eastern, Northern, and Western Districts of New York; the District of Connecticut; the Western and Southern Districts of Texas; the Northern District of Illinois; the District of New Jersey; and the Western and Eastern Districts of Arkansas. He is also admitted to practice before the United States Courts of Appeals for the Second, Third, Fifth, Seventh, Ninth, and Eleventh Circuits.

**Class Counsel Appointments**

Mr. Zemel has been appointed class counsel in numerous state and federal class actions, including: *Rincon-Marin v. Credit Control, LLC*, No. 3:17-cv-00007, 2018 U.S. Dist. LEXIS 29312 (D. Conn. 2018); *O'Dell v. National Recovery Agency*, 291 F. Supp. 3d 687 (E.D. Pa. 2018); *Del Carmen v. R.A. Rogers*, No. 5:16-cv-00971 (W.D. Tex. 2018); *Williams v. Global Credit & Collections*, No. 1:17-cv-03323 (N.D. Ill. 2018); *Gibson v. McCarthy Burgess & Wolff*, No. 18-02181 (Pa. Ct. Com. Pl. 2018); *Williams v. Frontline Asset Strategies*, No. 2:17-cv-03119 (E.D. Pa. 2019); *Knight v. Midland Credit Management*, 2019 U.S. Dist. LEXIS 59794 (E.D. Pa. Apr. 5, 2019); *Robinson v. Enhanced Recovery Co.*, No. 18-441, 2019 U.S. Dist. LEXIS 96971 (E.D. Pa. June 10, 2019); *Ridley v. MRS BPO, LLC*, 2019 U.S. Dist. LEXIS 217407 (D.N.J. Dec. 18, 2019); *Choi v. Peter J. Liska, LLC*, BER-L-1394-18 (N.J. Super. Ct. 2018); *Muse v. Holloway Credit Solutions, LLC*, 337 F.R.D. 80 (E.D. Pa. 2020); *Watson v. Manhattan Luxury Autos, Inc.*, 2022 U.S. Dist. LEXIS 178069 (S.D.N.Y. Sept. 29, 2022).

**Representative Reported Decisions**

Mr. Zemel has obtained numerous favorable published and unpublished decisions from federal district courts and courts of appeals nationwide, including: *Rubin v. United States Bank Home Mortg.*, 2025 U.S. Dist. LEXIS 121921 (D.N.J. June 26, 2025); *Breitenbach v. SageStream, LLC*, 2025 U.S. Dist. LEXIS 110333 (E.D. Pa. June 11, 2025*); Kulb v. ChexSystems, Inc.*, 2025 U.S. Dist. LEXIS 67413 (E.D. Pa. Apr. 8, 2025); *Sosa v. Greater All. Fed. Credit Union*, 2024 U.S. Dist. LEXIS 151438 (D.N.J. Aug. 23, 2024); *Frazier v. Equifax Info. Servs., LLC*, 112 F.4th 451 (7th Cir. 2024); *Matlock v. Fedloan Servicing*, 2024 U.S. Dist. LEXIS 150157 (E.D. Pa. Aug. 12, 2024); *Chaitoff v. Experian Info. Sols., Inc.*, 79 F.4th 800 (7th Cir. 2023); *Slaten v. Experian Info. Sols., Inc.*, 2023 U.S. Dist. LEXIS 158867 (C.D. Cal. Sep. 6, 2023); *Botello v. Navient Sols., LLC*, Civil Action No. 22-5601, 2023 U.S. Dist. LEXIS 170962 (D.N.J. Mar. 22, 2023); *Coronel v. Bank of Am., N.A.,* 2022 U.S. Dist. LEXIS 147116 (D.N.J. Aug. 17, 2022); *Lopez v. Experian Info. Sols., Inc.*, 2022 U.S. Dist. LEXIS 89552 (N.D. Cal. May 18, 2022); *Arriaga v. Logix Fed. Credit Union*, 2022 U.S. Dist. LEXIS 140222 (C.D. Cal. Apr. 22, 2022); *Lute v. Transunion,* LLC, 2022 U.S. Dist. LEXIS 59928 (N.D. Ill. Mar. 31, 2022); *Haynes v. Transunion*, LLC, 2021 U.S. Dist. LEXIS 256674 (E.D.N.Y. Sep. 30, 2021); *Shimon v. Equifax Info. Servs. LLC*, 994 F.3d 88 (2d Cir. 2021); *Malverty v. Equifax Info. Servs., LLC*, 407 F. Supp. 3d 1257, 1261 (M.D. Fla. 2019).

# ELIZABETH APOSTOLA

Elizabeth Apostola serves as Of Counsel to Zemel Law LLC and has been with the Firm since 2017. Ms. Apostola has represented thousands of consumers in both individual actions and class actions involving consumer protection statutes. Ms. Apostola has practiced law for more than nineteen years, and has experience in a wide range of litigation matters, including corporate litigation, personal injury, and consumer protection litigation. Since 2017, her practice has focused exclusively on consumer protection law, including extensive litigation under the FDCPA, FCRA, and TCPA.

## Admissions

Ms. Apostola is admitted to practice in the States of New York and Massachusetts, as well as the following federal courts: Southern and Eastern District of New York; District of Massachusetts; District of Connecticut; Western District of Texas; Northern District of Illinois; Eastern District of Wisconsin; and the District of Alaska.

## Education and Professional Activities

Ms. Apostola graduated from Vassar College in 2003. She earned her J.D. from New England Law | Boston in 2006, where she was actively involved in advocacy and leadership programs, including the Journal of International & Comparative Law, the Philip C. Jessup International Moot Court and Moot Court Board, as well as, the Phi Delta Phi Legal Fraternity. Throughout her career, Ms. Apostola has held numerous leadership positions within the American Bar Association, Alaska Bar Association, and Anchorage Bar Association, including serving as President of the Anchorage Bar Association and Chair of the Alaska Bar Association's New Lawyers Section. She has also been recognized for her professional contributions through publications and service awards, including the Anchorage Bar Association Young Lawyers Distinguished Service Award.

## Class Counsel Appointments

Ms. Apostola has been appointed class counsel in multiple federal class actions, including: *O'Dell v. National Recovery Agency,* 291 F. Supp. 3d 687 (E.D. Pa. 2018), *Del Carmen v. R.A. Rogers*, No. 5:16-cv-00971, (W.D. Tex. 2018); *Williams v. Global Credit & Collections et al.*, No. 1:17-cv-03323 (N.D.I.L. 2018); *Williams v. Frontline Asset Strategies et al.*, No. 2:17-cv-03119, (E.D. Pa. 2019); *Knight v. Midland Credit Mgmt*., 2019 U.S. Dist. LEXIS 59794 (E.D. Pa. Apr. 5, 2019); *Watson v. Manhattan Luxury Autos, Inc.*, 2022 U.S. Dist. LEXIS 178069 (S.D.N.Y. Sept. 29, 2022).

## Representative Reported Decisions

Ms. Apostola has served as co-counsel in numerous published and unpublished federal decisions, including: *Arriaga v. Logix Fed. Credit Union*, 2022 U.S. Dist. LEXIS 140222 (C.D. Cal. Apr. 22, 2022); *Lute v. Transunion, LLC,* 2022 U.S. Dist. LEXIS 59928 (N.D. Ill. Mar. 31, 2022); *Friedman v. Citimortgage, Inc.,* 2019 U.S. Dist. LEXIS 149706 (S.D.N.Y. Sep. 3, 2019);

*Lopez v. Experian Info. Sols., Inc.,* 2022 U.S. Dist. LEXIS 89552 (N.D. Cal. May 18, 2022); *Myers v. Am. Educ. Servs.,* 2021 U.S. Dist. LEXIS 42629 (S.D. Ohio Mar. 8, 2021); *Haynes v. Transunion, LLC,* 2021 U.S. Dist. LEXIS 256674 (E.D.N.Y. Sep. 30, 2021); *Konig v. Transunion*, 2020 U.S. Dist. LEXIS 20794 (S.D.N.Y. Feb. 4, 2020); *Malverty v. Equifax Info. Servs., LLC,* 407 F. Supp. 3d 1257, 1261 (M.D. Fla. 2019); *O'Dell v. National Recovery Agency,* 291 F. Supp. 3d 687 (E.D. Pa. 2018).

## NICHOLAS LINKER

Nicholas Linker serves as an associate at Zemel Law LLC and has been with the Firm since 2017. Mr. Linker has represented thousands of consumers in both individual actions and class actions involving consumer protection statutes. Mr. Linker has practiced law for more than eleven years, and has experience in a wide range of litigation matters at the federal level, state level, and in arbitration. Mr. Linker has been successful in numerous arbitration evidentiary hearings, in oral arguments before state and federal courts, and in trial in the Eastern District of Pennsylvania.

### Admissions

Mr. Linker is admitted to practice in the States of New Jersey and Pennsylvania, as well as the following federal courts: District of New Jersey, Eastern District of Pennsylvania, Middle District of Pennsylvania, and the Third Circuit.

### Education and Professional Activities

Mr. Linker graduated from the Schreyer's Honors College at the Pennsylvania State University in 2012. Hee earned her J.D. from Richmond Law School in 2015, where he was actively involved in leadership roles, including the Journal of Law and Public Interest as the Notes and Comments Editor and Captain of one of the school's softball teams.

### Class Counsel Appointments

Mr. Linker has been appointed class counsel in numerous state and federal class actions, including: *Gibson v. McCarthy Burgess & Wolff*, No. 18-02181 (Pa. Ct. Com. Pl. 2018); *Robinson v. Enhanced Recovery Co.*, No. 18-441, 2019 U.S. Dist. LEXIS 96971 (E.D. Pa. June 10, 2019); *Ridley v. MRS BPO, LLC*, 2019 U.S. Dist. LEXIS 217407 (D.N.J. Dec. 18, 2019); *Choi v. Peter J. Liska, LLC*, BER-L-1394-18 (N.J. Super. Ct. 2018); *Choi v. Aswad & Ingraham, LLP*, Case No. 2:19-cv-17695 (D.N.J. 2021); *Muse v. Holloway Credit Solutions, LLC*, 337 F.R.D. 80 (E.D. Pa. 2020).

### Representative Reported Decisions

Mr. Linker has served as co-counsel and lead counsel in numerous published and unpublished federal decisions, including: *Rubin v. United States Bank Home Mortg.*, 2025 U.S. Dist. LEXIS 121921 (D.N.J. June 26, 2025); *Breitenbach v. SageStream, LLC*, 2025 U.S. Dist. LEXIS 110333 (E.D. Pa. June 11, 2025*); Kulb v. ChexSystems, Inc.*, 2025 U.S. Dist. LEXIS 67413 (E.D. Pa. Apr. 8, 2025); *Sosa v. Greater All. Fed. Credit Union*, 2024 U.S. Dist. LEXIS 151438

(D.N.J. Aug. 23, 2024); *Matlock v. Fedloan Servicing*, 2024 U.S. Dist. LEXIS 150157 (E.D. Pa. Aug. 12, 2024); *Botello v. Navient Sols., LLC*, Civil Action No. 22-5601, 2023 U.S. Dist. LEXIS 170962 (D.N.J. Mar. 22, 2023); *Coronel v. Bank of Am., N.A.,* 2022 U.S. Dist. LEXIS 147116 (D.N.J. Aug. 17, 2022); *Chelminski v. Rickart Collection Sys.*, 2026 N.J. Super. Unpub. LEXIS 285 (N.J. App. Div. Feb. 18, 2026); *Wilkins v. Invicta Watch Co. of Am., Inc.*, 2025 U.S. Dist. LEXIS 132982 (E.D.Pa. July 14, 2025); *Asad v. Experian Info. Sols., Inc.*, 2024 U.S. Dist. LEXIS 51724 (C.D. Cal. Mar. 21, 2024); *Lance v. Midland Credit Mgmt.*, 375 F. Supp. 3d 604 (E.D.Pa. 2019); *Luft v. WebBank*, 2023 U.S. Dist. LEXIS 53359 (E.D. Wash. Mar. 28, 2023); *Coulter v. SageStream, LLC*, 501 F. Supp. 3d 298 (E.D.Pa. 2020); *Muse v. Holloway Credit Sols., LLC*, 337 F.R.D. 80 (E.D.Pa. 2020).