**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VICTORIA OSBORNE, individually, and on behalf of other similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br>BAYLOR MIRACA GENETICS LABORATORIES, LLC d/b/a BAYLOR GENETICS,<br><br>Defendant. | ) | Case No: 4:26-cv-06781<br><br>**[PROPOSED] ORDER GRANTING MHREZ'S MOTION** |

The Court has reviewed a motion by proposed intervenor Jasmine Mhrez, plaintiff in case captioned *Mhrez v. Baylor Miraca Genetics Laboratories, LLC*, Case No. 4:26-cv-06940, seeking permission to intervene in the above-captioned action, to consolidate actions and set a schedule (the "Motion"). Having reviewed the papers and for good cause shown, **IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

1. Jasmine Mhrez is granted permission to intervene in the above-captioned action;

2. Having given due consideration to the relevant factors set forth in Rule 23(g)(1) and (4), including, without limitation, Rule 23(g)(1)(A)(i)-(iv), and finding that Proposed Interim Lead Counsel meets the adequacy requirements, the following counsel and firm are appointed and shall serve as overall Plaintiffs' Interim Lead Counsel, in accordance with Federal Rule of Civil Procedure 23(g)(3): Daniel Zemel of Zemel Law LLC.

3. Plaintiffs' Interim Lead Class Counsel will be responsible for and have plenary authority to prosecute any and all claims of Plaintiffs and the putative Class and to provide general supervision of the activities of Plaintiffs' counsel in the Action. Specifically, Interim Lead Class Counsel shall have the following responsibilities, duties and sole authority to:

a. Draft and file the consolidated complaint, and have final authority regarding what claims and parties are to be included;

b. Determine and present in pleadings, briefs, motions, oral argument, or such other fashion as may be appropriate, personally or by a designee, to the Court and opposing parties the position of Plaintiffs and the putative class on matters arising during the pretrial proceedings;

c. Coordinate and conduct discovery on behalf of Plaintiffs and the putative class consistent with the requirements of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Texas;

d. Consult with and employ consultants and/or expert witnesses;

e. Draft and file a motion for class certification on behalf of Plaintiffs and the putative class;

f. Conduct all pre-trial proceedings on behalf of Plaintiffs and the putative class;

g. Enter into stipulations and agreements with Defendant;

h. Sign all papers filed on behalf of Plaintiffs and the putative class;

i. Convene meetings of all Plaintiffs' counsel, as necessary;

j. Form task-specific subcommittees of Plaintiffs' counsel, as appropriate;

k. Conduct settlement negotiations with Defendant;

l. Maintain an up-to-date service list of all Plaintiffs' counsel for all consolidated cases, and promptly advise the Court and Defendant's counsel of changes thereto;

m. Receive and distribute to Plaintiffs' counsel, as appropriate, discovery, pleadings, correspondence, and other documents from Defendant's counsel or the Court that are not electronically filed;

n. Appear at Court-noticed status conferences and hearings;

o. Be the contact persons for all Plaintiffs' counsel and as the attorneys of record with whom the Court will be dealing throughout the course of the litigation;

p. Delegate specific tasks to other Plaintiffs' counsel in a manner to avoid duplicative efforts and ensure that pretrial preparation for Plaintiffs and the putative class is conducted effectively, efficiently, and economically;

q. Otherwise coordinate the work of all Plaintiffs' counsel, and perform such other duties as the Interim Lead Counsel deem necessary to advance the litigation or as

authorized by further order of the Court; and

r. Perform such other functions as necessary to effectuate these responsibilities or as may be expressly authorized by further Order of the Court.

4. **IT IS FURTHER ORDERED** that Plaintiffs in the Consolidated Action shall file an operative Consolidated Class Action Complaint within 30 days of the date of entry of an Order consolidating the actions. Defendant need not respond to the pending complaints as filed in the Related Actions.

5. **IT IS FURTHER ORDERED** that Defendant shall answer or otherwise respond to the Consolidated Class Action Complaint within 30 days after the Consolidated Class Action Complaint is filed. In the event that Defendant files a motion to dismiss, Plaintiffs shall have 45 days to file their response in opposition to that motion, and Defendant shall have 30 days thereafter to file its reply.

6. **IT IS FURTHER ORDERED** that all other Plaintiffs' counsel who are or may become involved in the Action are prohibited from taking any action on behalf of the putative class in this Action without advance authorization from Interim Lead Class Counsel, except to apply for a modification or be relieved from this Order.

7. **IT IS FURTHER ORDERED** that the mere communication of otherwise privileged information among and between Plaintiffs' counsel shall not be deemed a waiver of the attorney-client privilege or the attorney work product immunity, as the Court recognizes that cooperation by and among counsel is essential for the orderly and expeditious resolution of this litigation.

8. **IT IS FURTHER ORDERED** that counsel for all parties are directed to cooperate with one another, wherever possible, to promote the expeditious handling of pre-trial proceedings in the Action, and to conduct themselves in a manner consistent with the Local Rules of the United States District Court for the Southern District of Texas.

9. It is hereby **ORDERED** that this Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

**SO ORDERED.**

_______________________________
Hon. Lee H. Rosenthal,
United States District Judge
for the Southern District of Texas

Dated: _______________, 2026