**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

VICTORIA OSBORNE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BAYLOR MIRACA GENETICS LABORATORIES, LLC d/b/a BAYLOR GENETICS,

Defendant.

Case No. 4:26-cv-06781

Hon. Nicholas J. Ganjei

**INTERESTED PARTIES TRACEY BRUNER AND HELEN CHRISTOPHI'S INTERESTED STATEMENT IN SUPPORT OF MOTION TO CONSOLIDATE RELATED CASES AND APPOINT INTERIM CLASS COUNSEL**

Interested Parties Tracey Bruner and Helen Christophi submit this Statement in Support of the Motion to Consolidate Related Cases and Appoint Interim Class Counsel (ECF No. 7).

Since filing their Partial Opposition, counsel for the Bruner Plaintiffs, Thiago M. Coelho, has spoken directly with John J. Nelson regarding this matter. Mr. Coelho also has substantial firsthand experience working with Mr. Nelson in other complex data-privacy class actions. For example, most recently, Mr. Coelho and Mr. Nelson were appointed co-lead counsel in *Hickman-Wise v. 1Life Healthcare, Inc. d/b/a One Medical*, No. 3:26-cv-06142-RFL (N.D. Cal.), where they have worked cooperatively in coordinating the prosecution of that action.

Based on those discussions and Mr. Coelho's prior experience working with Mr. Nelson, the Bruner Plaintiffs have confidence in Mr. Nelson's ability and commitment to prosecute this litigation diligently, effectively, and in the interests of the proposed classes. The Bruner Plaintiffs therefore support the appointment of John J. Nelson as Interim Lead Class Counsel, as requested in ECF No. 7, and intend to work cooperatively with appointed leadership in prosecuting the claims asserted in the related actions.

Separately, Mr. Coelho has also spoken directly with Ben Barnow regarding this matter and has substantial firsthand experience working with Mr. Barnow in other complex class actions. Based on those discussions and Mr. Coelho's prior experience working with Mr. Barnow, the Bruner Plaintiffs have confidence in Mr. Barnow's ability and commitment to prosecute this litigation diligently, effectively, and in the interests of the proposed classes. Therefore, the Bruner Plaintiffs also support the appointment of Ben Barnow as Interim Lead Class Counsel and intend to work cooperatively with appointed leadership in prosecuting the claims asserted in the related actions.

Dated: September 16, 2026

Respectfully submitted,

**WILSHIRE LAW FIRM, PLC**

/s/ Thiago M. Coelho
Thiago M. Coelho (Cal. Bar No. 324715)
Admitted Pro Hac Vice
thiago.coelho@wilshirelawfirm.com
660 S. Figueroa St., Sky Lobby

Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Counsel for Interested Parties*
*Tracey Bruner and Helen Cristophi*

**CERTIFICATE OF SERVICE**

I certify that on September 16, 2026, the foregoing was filed through the Court's CM/ECF system, which will serve all registered counsel of record.

*/s/ Thiago M. Coelho*
Thiago M. Coelho