**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| VICTORIA OSBORNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYLOR MIRACA GENETICS LABORATORIES, LLC d/b/a BAYLOR GENETICS,<br><br>Defendant. | Civil Action No. 4:26-cv-06781<br><br>**UNOPPOSED MOTION TO CONTINUE INITIAL PRETRIAL AND SCHEDULING CONFERENCE** |

Plaintiff Victoria Osborne, ("Plaintiff,") respectfully requests that this Court continue the pretrial and scheduling conference currently set for November 16, 2026, at 11:00 A.M. (ECF No. 14). In support thereof, Plaintiff states as follows:

1. On August 18, 2026, Plaintiff filed her Class Action Complaint against Defendant Baylor Miraca Genetics Laboratories, LLC d/b/a Baylor Genetics, "Defendant," on June 15, 2026. (ECF No. 1).

2. Thereafter, fourteen related cases were filed in this Court between August 18, 2026, and September 11, 2026, each arising from the same data incident and asserting substantially similar claims against Defendant:

- *Karachun v. Baylor Miraca Genetics Laboratories, LLC, d/b/a Baylor Genetics*, Case No. 4:26-cv-06783;
- *Peterson and Peterson* v. *Baylor Miraca Genetics Laboratories, LLC, d/b/a Baylor Genetics*, Case No. 4:26-cv-06812;
- *Neuman v. Baylor Miraca Genetics Laboratories, LLC, d/b/a Baylor Genetics*, Case No. 4:26-cv-06814;
- *Dale v. Baylor Miraca Genetics Laboratories, LLC, d/b/a Baylor Genetics*, Case No. 4:26-cv-06844;

- *Bruner v. Baylor Miraca Genetics Laboratories, LLC, d/b/a Baylor Genetics*, Case No. 4:26-cv-06846;
- *Roy v. Baylor Miraca Genetics Laboratories, LLC, d/b/a Baylor Genetics*, Case No. 4:26-cv-06871;
- *Licaj v. Baylor Miraca Genetics Laboratories, LLC, d/b/a Baylor Genetics*, Case No. 4:26-cv-06895;
- *Arrington v. Baylor Miraca Genetics Laboratories, LLC, d/b/a Baylor Genetics*, Case No. 4:26-cv-06931;
- *Mhrez v. Baylor Miraca Genetics Laboratories, LLC, d/b/a Baylor Genetics*, Case No. 4:26-cv-06940;
- *Lombardozzi v. Baylor Miraca Genetics Laboratories, LLC, d/b/a Baylor Genetics*, Case No. 4:26-cv-07068;
- *Bakely v. Baylor Miraca Genetics Laboratories, LLC, d/b/a Baylor Genetics*, Case No. 4:26-cv-07134;
- *Mallinak v. Baylor Miraca Genetics Laboratories, LLC, d/b/a Baylor Genetics*, Case No. 4:26-cv-07227;
- *Hall v. Baylor Miraca Genetics Laboratories, LLC, d/b/a Baylor Genetics*, Case No. 4:26-cv-07296; and
- *Richardson v. Baylor Miraca Genetics Laboratories, LLC, d/b/a Baylor Genetics*, Case No. 4:26-cv-07701.

3. On August 20, 2026, Plaintiffs Victoria Osborne, Zarema Karachun, Alison Peterson, Jack Peterson, Robert Neuman, Tanisha Dale, Shawnelle Roy, and Serena Licaj ("Majority Plaintiffs") filed a Motion to Consolidate Actions and Appoint Interim Class Counsel ("Motion") (ECF No. 7.)

4. Majority Plaintiffs' Motion to Consolidate Actions and Appoint Interim Class Counsel, which seeks to consolidate the Related Actions into this action, is currently pending before this Court. ECF No. 7.

5. On September 3, 2026, this Court entered an order setting the initial pretrial and scheduling conference for November 16, 2026. ECF No. 14.

6. On October 2, 2026, this Court entered an order directing Counsel for Plaintiff in this action to meet and confer with plaintiffs' counsel in the Related Actions and to submit a report on or before December 1, 2026. ECF No. 26.

7. Plaintiffs' counsel in this action and the Related Actions are conferring pursuant to the Court's October 2, 2026 order.

8. To allow counsel to complete the conferral process, and to allow the Court sufficient time to rule on the pending request to consolidate the Related Actions, Plaintiff respectfully requests that the Court continue the November 16, 2026 Scheduling Conference by approximately 90 days, to February 16, 2027 .

9. The undersigned counsel have conferred with Defendant's Counsel, who does not oppose this request.

WHEREFORE, Plaintiff respectfully requests that this Court continue the November 16, 2026 Scheduling Conference to February 16, 2027.

Dated: October 27, 2026

Respectfully Submitted,

*/s/Leanna Loginov*
Leanna Loginov (Fed. No. 3909989)
SHAMIS & GENTILE, P.A.
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
E: lloginov@shamisgentile.com

John J. Nelson (*pro hac vice*)
MILBERG, PLLC
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Tel: (858) 209-6941
E: jnelson@milberg.com

Jonathan M. Streisfeld (*pro hac vice* forthcoming)
KOPELOWITZ OSTROW P.A.
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 525-4100
E: streisfeld@kolawyers.com

*Attorneys for Plaintiff*

**CERTIFICATE OF CONFERRAL**

The undersigned counsel has conferred with Counsel for Defendant, who does not oppose this request.

*/s/Leanna Loginov*
Leanna Loginov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that upon filing of the foregoing document, a true and correct copy of the same has been served upon all counsel of record via the Court's CM/ECF system.

*/s/Leanna Loginov*
Leanna Loginov