**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| VICTORIA OSBORNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYLOR MIRACA GENETICS LABORATORIES LLC d/b/a BAYLOR GENETICS,<br><br>Defendant. | Case No. 4:26-cv-06781<br><br>**[PROPOSED] ORDER** |

**THIS CAUSE** comes before the Court on the Plaintiff's Unopposed Motion to Continue Initial Pretrial and Scheduling Conference ("Motion"). Having reviewed the Motion, and being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. For good cause shown, the initial scheduling conference is hereby continued 90 days from November 16, 2026 to __________________.

**DONE AND ORDERED**, this ____ day of October 2026.

____________________________________
THE HONORABLE NICHOLAS J GANJEI
UNITED STATES DISTRICT JUDGE