**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**VICTORIA OSBORNE,** individually and on behalf of others similarly situated.

Plaintiffs,

vs.

**BAYLOR MIRACA GENETICS LABORATORIES, LLC d/b/a BAYLOR GENETICS,**

*Defendants*.

_______________________________________/

**CLASS ACTION**

**Case No. 4:26-CV-06781**

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

- Victoria Osborne - Plaintiff
- Shamis & Gentile, P.A.. - Counsel for Plaintiff
- Baylor Miraca Genetics Laboratories, LLC. - Defendant

2) the name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None known.

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

- None known.

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Victoria Osborne, Plaintiff
- Unnamed Class Members

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: October 28, 2026

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
/s/ Leanna Loginov
Leanna Loginov, Esq.
(Fed. No.3909989)
lloginov@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: *<u>/s/ Leanna Loginov</u>*
Leanna Loginov