United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Victoria Osborne, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-6781 |
| | § | |
| Baylor Miraca Genetics Laboratories, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER CONTINUING SCHEDULING CONFERENCE

Before the Court is Plaintiff Victoria Osborne's Unopposed Motion to Continue Initial Pretrial and Scheduling Conference. Doc. 28. The Motion is GRANTED. The initial scheduling conference is continued to February 8, 2027, at 11:00 A.M. by video before Magistrate Judge Christina A. Bryan.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 9th of November, 2026.

Nicholas J. Ganjei
United States District Judge