**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VICTORIA OSBORNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYLOR MIRACA GENETICS LABORATORIES, LLC d/b/a BAYLOR GENETICS,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 4:26-cv-06781** |

**PROPOSED ORDER GRANTING BAYLOR MIRACA GENETICS LABORATORIES, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Before the Court is Defendant Baylor Miraca Genetics Laboratories, LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint (the "**Motion**"). The Court, having considered the Motion, is of the opinion that the Motion should be GRANTED.

It is THEREFORE ORDERED that the Motion is hereby GRANTED; and

It is FURTHER ORDERED that Defendant Baylor Miraca Genetics Laboratories, LLC's deadline to answer or otherwise respond to the complaint in the above-captioned action is extended until December 28, 2026.

SIGNED this _______ day of _________, 2026.

__________________________
Nicholas J. Ganjei
United States District Judge