**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **VICTORIA OSBORNE, individually and on behalf of all others similarly situated,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **Civil Action No. 4:26-cv-06781** |
| **BAYLOR MIRACA GENETICS LABORATORIES LLC d/b/a BAYLOR GENETICS,** | § | |
| ***Defendant.*** | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that I, Joseph Simmons, of the law firm Norton Rose Fulbright US LLP am hereby entering an appearance as additional counsel of record for Defendant Baylor Miraca Genetics Laboratories, LLC d/b/a Baylor Genetics in the above-captioned matter. The undersigned request to be added as an attorney to be noticed of all correspondence, motions, notices, pleadings, orders, hearings, and other matters that pertain to this cause.

Dated: November 10, 2026

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Joseph Simmons*

Jason K. Fagelman, SBN 00796525
Joseph E. Simmons, SBN 24136261
2200 Ross Ave, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
jason.fagelman@nortonrosefulbright.com
joseph.simmons@nortonrosefulbright.com

*Attorneys for Defendant Baylor Miraca Genetics Laboratories, LLC d/b/a Baylor Genetics*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and e-served upon all counsel of record.

*/s/ Joseph Simmons*
Joseph Simmons